UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | Case No.:   2:15-cr-00272-HDM-PAL |
| vs. | ) ) | |
| | ) | MINUTES OF COURT |
| WILBERT EARL KNIGHT, JR., | ) ) | |
| Defendant. | ) | January 29, 2016 |

**PROCEEDINGS:**   Motion Hearing Re: [22] Motion to Suppress Evidence

**PRESENT:**
<u>**THE HONORABLE HOWARD D. McKIBBEN**</u>, SENIOR U.S. DISTRICT JUDGE

**Deputy Clerk:** <u>Paris Rich</u>     **LV ECRO:** <u>Alana Kamaka</u>

**Counsel for Plaintiff:** <u>AUSA Phillip Smith, Jr.</u>

**Counsel for Defendant:** <u>AFPD William Carrico</u>

At 8:21 a.m., the Court convenes.

The Defendant (In Custody) is present with counsel.  The Government is present.

The Court addresses the parties' [27] Stipulation to Continue Trial filed on January 4, 2016.  The Court canvasses the Defendant regarding his request.  The Defendant confirms his request for a continuance and his waiver of speedy trial.

**IT IS ORDERED, [27] Stipulation is GRANTED.  IT IS FURTHER ORDERED, Jury Trial currently set for Tuesday, February 2, 2016 at 9:00 a.m. is continued and reset for Tuesday, April 12, 2016 at 9:00 a.m. in LV Courtroom (to be determined) before Judge Howard D. McKibben.  This continuance is excludable under the Speedy Trial Act and time has been excluded.  IT IS SO ORDERED.**

The Court addresses [22] Motion to Suppress Evidence.

Mr. Carrico presents argument on behalf of the Defendant.

**The Government's Exhibit 1 received into evidence.**

**The Defendant's Exhibit 1 is received into evidence.**

| | |
|---|---|
| USA v. Wilbert Earl Knight, Jr. | January 29, 2016 |
| Case No. 2:15-cr-00272-HDM-PAL | Page 2 of 2 |

Mr. Smith presents argument on behalf of the Government.

Mr. Carrico presents rebuttal argument.

ELIAS CARDENAS, Detective, Las Vegas Metropolitan Police Department, called on behalf of the Government, is sworn, examined on direct by Mr. Smith, cross-examined by Mr. Carrico, examined on redirect by Mr. Smith, and excused.

**The Government's Exhibits 2 and 3 are received into evidence.**

At 9:04 a.m., the Court recites findings.  **IT IS ORDERED, the Defendant's [22] Motion to Suppress Evidence is DENIED.  IT IS SO ORDERED.**

The Court restates the April 12, 2016 Trial date and advises counsel that any change of plea could be heard by the Court on Tuesday, March 22, 2016.

The Defendant is remanded to custody.

At 9:18 a.m., the Court adjourns.

                                          LANCE S. WILSON, CLERK

                                          By: /s/ Paris Rich
                                              Deputy Clerk