UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>     v.<br><br>WILBERT EARL KNIGHT, JR.,<br><br>              Defendant. | Case No. 2:15-cr-00272-HDM-PAL<br><br>ORDER |

The defendant has filed a motion asking the court to reconsider his sentence – specifically, the order that it run consecutively to any sentence in a then-pending state criminal matter. (ECF No. 81).

In general, the court lacks jurisdiction to alter a sentence previously imposed. 18 U.S.C. § 3582(c); *United States v. Penna*, 319 F.3d 509, 511 (9th Cir. 2003). It may modify a sentence under some circumstances, but only "to the extent otherwise expressly permitted by statute or by Rule 35 of the Federal Rules of Criminal Procedure." 18 U.S.C. § 3582(c)(1)(B); *see also United States v. Barragan-Mendoza*, 174 F.3d 1024, 1028 (9th Cir. 1999). The defendant has not identified any legal or factual basis for his request to alter his sentence. Accordingly, the defendant's motion for reconsideration (ECF No. 81) is hereby DENIED.

IT IS SO ORDERED.

DATED: This 6th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE